**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

Chapter:    13
Case No:    2553231

In re:      MARISA A MASSARIA

Account Number:  7747

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 17 filed on or about 03/04/2026 in the amount of $3,152.19 .

On this 4/30/2026.

By:   /s/ Zachery C. Hayes
      Zachery C. Hayes, Bankruptcy Representative
      Portfolio Recovery Associates, LLC
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@portfoliorecovery.com